Samuel Rubin<br>
Phone: (917) 817-1057<br>
srubin462@aol.com

April 7, 2025

Hon. Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

Re: Urgent Request for Expedited Hearing on Motion to Reopen Bankruptcy Case
Case No. 24-22947-cgm
Debtor: Samuel Benjamin Rubin

Dear Judge Morris,

I respectfully write to request immediate consideration of my Motion to Reopen the above-captioned Chapter 13 bankruptcy case, which was previously dismissed due to my failure to timely file schedules.

The reason for this urgent request is that my property is currently scheduled for a foreclosure auction on April 22, 2025. If the motion is not heard and granted before that date, I face the imminent and irreparable loss of my home.

The original failure to file was due to significant and well-documented medical hardships, including an extended hospitalization for a life-threatening infection, and a toe amputation. I am now stabilized and fully capable of complying with all required filings and case responsibilities.

I respectfully ask the Court to treat this matter on an emergency basis to prevent further harm and to preserve my opportunity for relief under Chapter 13.

Thank you for your time and attention to this urgent matter.

Respectfully submitted,

Samuel Benjamin Rubin
Pro Se Debtor

**Samuel Benjamin Rubin**

FILED
U.S. BANKRUPTCY COURT
2025 APR -9  A 11: 16
S.D. OF N.Y.

April 6, 2025

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Samuel Benjamin Rubin, Debtor.
Case No.: 24-22947-cgm
Chapter 13

<u>NOTICE OF MOTION TO REOPEN CHAPTER 13 CASE</u>

PLEASE TAKE NOTICE that the undersigned will move this Court, before the Honorable Cecilia G. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, located at 355 Main Street, Poughkeepsie, NY 12601, on [Insert Date and Time], or as soon thereafter as counsel may be heard, for the entry of an Order pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010, reopening the above-captioned Chapter 13 case.

April, 6, 2025

## MOTION TO REOPEN CHAPTER 13 BANKRUPTCY CASE AND FOR REINSTATEMENT

TO THE HONORABLE CECILIA G. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

The Debtor, Samuel Benjamin Rubin, respectfully moves this Court for the entry of an Order reopening the above-captioned Chapter 13 case pursuant to 11 U.S.C. § 350(b) and Bankruptcy Rule 5010, and in support thereof states:

1. I filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on October 29, 2024.

2. The case was dismissed on January 16, 2025 due to my failure to file the required schedules and documents within the time allowed.

3. At the time of the filing and in the weeks following, I was experiencing significant medical complications, including a serious infection that ultimately required the amputation of the big toe on my right foot. I had a heart and kidney transplant in May of 2023 and am on anti-rejection drugs, which make me severely immuno-compromised. My condition progressively worsened during this period, making it medically and physically impossible to meet the filing deadlines.

4. I respectfully request that the Court reopen the case for the purpose of allowing me to file the required schedules and documents, which are being submitted concurrently with this Motion, and to continue with the Chapter 13 plan.

5. I have acted in good faith and have a sincere intention to proceed with this Chapter 13 case. The failure to file the necessary documents was due to circumstances beyond my control, and I respectfully submit that reopening the case serves the interests of justice and equity.

6. Reopening this case and reinstating the petition will not prejudice creditors, as this Motion is being filed shortly after dismissal and prior to any substantial change in circumstances.

WHEREFORE, Debtor respectfully prays that this Court enter an Order:

a) Reopening Chapter 13 Case No. 24-22947-cgm;  b) Accepting the attached schedules and related documents as timely filed;  and c) Reinstating the case and granting such other and further relief as the Court deems just and proper.

Dated: April 6, 2025
Respectfully submitted, Samuel Benjamin Rubin, Pro Se Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                              Case No. 24-22947-cgm

Samuel Benjamin Rubin                                               Chapter 13

                                            Debtor(s)
-----------------------------------------------------------x

## Application in Support of an Order to Show Cause

**To the Honorable** Cecilia Morris, United States Bankruptcy Judge:

I, Samuel Benjamin Rubin, movant, herein, make this application in support of an Order to Show Cause to request the following emergency relief:

Reopening Chapter 13 bankruptcy and stopping foreclosure auction scheduled for 4/22/25

In support of the relief requested, I hereby allege as follows:

I respectfully write to request immediate consideration of my Motion to Reopen the above-captioned Chapter 13 bankruptcy case, which was previously dismissed due to my failure to timely file schedules. The reason for this urgent request is that my property is currently scheduled for a foreclosure auction on April 22, 2025. If the motion is not heard and granted before that date, I face the imminent and irreparable loss of my home.

The original failure to file was due to significant and well-documented medical hardships, including an extended hospitalization for a life-threatening infection, and a toe amputation. I am now stabilized and fully capable of complying with all required filings and case responsibilities.

I respectfully ask the Court to treat this matter on an emergency basis to prevent further harm and to preserve my opportunity for relief under Chapter 13.

WHEREFORE, Movant herein prays for the entry of an Order to Show Cause.

Dated: 4/7/25                                    Signature: [signature]
                                                 Print name: Samuel Benjamin Rubin
                                                 Address: _____
                                                 Phone: 917-817-1057
                                                 Email: srubin462@aol.com

RETURN DATE: _____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

Samuel Benjamin Rubin

Debtor(s)
-----------------------------------------------------------x

ORDER TO SHC

UNITED STATES BANKRUPT
DISTRICT OF NEW
-----------------------------------------
In re:

Upon the annexed application of Movant, Samuel Benjamin Rubin   seeking entry of an Order to Reopening Chapter 13 bankruptcy and stopping foreclosure auction schedu _____, it is

ORDERED that Creditors, Trustee   show cause at 9:00  o'clock on the date of 4/10/25  or as soon thereafter as Movant may be heard before the Honorable _____ Bankruptcy Judge in Courtroom _____ at United States Bankruptcy Court located at   VIA VIDEOCONFERENCE  , why this Court should not enter an Order to Reopening Chapter 13 bankruptcy and stopping foreclosure a .

ORDERED that service of this Order to Show Cause together with the application be served on or before the end of the business day on 4/9/25  , upon Creditors and Trustee _____, and upon the Trustee at _____ and United States Trustee.

ORDERED that objections, if any, to the relief requested shall be made in writing, shall set forth with particularity, the grounds for such objection and shall be filed with the Clerk of the Court along with an extra copy marked "Chambers Copy," Trustee, United States Trustee, and the Movant on or before _____; and it is further

ORDERED that the hearing scheduled herein may be adjourned by the Court, from time to time, without further notice other than announcement of the adjourned hearing date in open court.

Dated:
4/7/25

_____
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re:                                                                Case No. 24-22947-cgm
                                                                              Chapter:
    Samuel Benjamin Rubin

**Debtor(s)**

-----------------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned certifies that on _____, a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

Dated: _____                    _____
                                                                                 *(Signature)*

FILED: WESTCHESTER COUNTY CLERK 03/21/2025 03:32 PM INDEX NO. 64269/2022
NYSCEF DOC. NO. 113 RECEIVED NYSCEF: 03/21/2025

24-22842-rdm Doc 20 Filed 04/09/25 Entered 04/09/25 15:32:08 Main Document
Pg 7 of 7

# NOTICE OF SALE

SUPREME COURT COUNTY OF WESTCHESTER

NewRez LLC dba Shellpoint Mortgage Servicing, Plaintiff

AGAINST

Elena Gekhtbarg a/k/a Helen Gekhtbarg, Samuel Rubin a/k/a Samuel B. Rubin, et al., Defendant(s)

Pursuant to a Judgment of Foreclosure and Sale duly entered January 12, 2024, I, the undersigned Referee will sell at public auction at the Lobby of Westchester County Courthouse, 111 Dr. Martin Luther King Jr. Boulevard, White Plains, NY on April 22, 2025 at 10:30AM, premises known as 212 Elmwood Road, South Salem, NY 10590. All that certain plot piece or parcel of land, with the buildings and improvements erected, situate, lying and being in the Town of Lewisboro, County of Westchester and State of New York, Section: 49C, Block: 10056, Lot: 2. Approximate amount of judgment $419,993.63 plus interest and costs. Premises will be sold subject to provisions of filed Judgment Index #64269/2022.

Loren I. Glassman, Esq., Referee

Frenkel Lambert Weiss Weisman & Gordon, LLP
53 Gibson Street
Bay Shore, NY 11706

01-096163-F00