**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
| | |
|---|---|
| In re: | Chapter 13 |
| SAMUEL RUBIN, | Case No. 24-22947 (CGM) |
| Debtor. | |

---------------------------------------------------------------x

## ORDER DENYING MOTION TO REOPEN CHAPTER 13 CASE

Upon the emergency motion (the "Motion") of the above-captioned *pro se* Debtor seeking to reopen his chapter 13 case in light of the pending foreclosure action scheduled for April 22, 2025 on the Debtor's property; and in light of the automatic dismissal of the Debtor's chapter 13 case for failure to file bankruptcy schedules required by 11 U.S.C. § 521(a)(1) within 45 days of the petition date and failure to pay installment fees; and, after due deliberation, the Court having found insufficient cause to reopen his chapter 13 case; it is hereby

**ORDERED**, that the Motion is denied; and it is further

**ORDERED**, that the previous order dismissing the Debtor's chapter 13 case, filed at ECF No. 15, shall be enforced in all respects.



**Dated: April 10, 2025**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**